**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RUBEN FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | No. 2:26-cv-12502-ES-CF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to Local Civil Rule 6.1(b) and Section II.E(iii) of the Honorable Esther Salas's General Pretrial and Trial Procedures, Plaintiff Ruben Flores ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") (together with Plaintiff, the "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action in the United States District Court for the District of New Jersey on September 22, 2026 (ECF No. 1) (the "Complaint");

WHEREAS, Plaintiff served the Complaint on Defendant on October 5, 2026, and Defendant's current deadline to respond to the Complaint is October 26, 2026;

WHEREAS, Defendant recently retained its counsel of record in the above-captioned matter and Defendant seeks additional time to evaluate and prepare a response to the Complaint;

WHEREAS, the Parties have agreed that Defendant may answer, move, or otherwise respond to the Complaint on or before November 25, 2026—thirty (30) days after the original response deadline of October 26, 2026;

WHEREAS, this stipulation is submitted in good faith and not for purposes of delay;

WHEREAS, this extension will not impact any other existing case deadlines and no prior requests for an extension have been made in the above-captioned matter;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint is extended by thirty (30) days, from October 26, 2026, to and including November 25, 2026.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Phillip L. Fraietta*
Phillip L. Fraietta

PHILLIP L. FRAIETTA
(#118322014)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708

THIAGO M. COELHO
(*pro hac vice* application forthcoming)
thiagocoelhosteam@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and the Proposed Classes*

*/s/ Nexus U. Sea*
Nexus U. Sea

NEXUS U. SEA
(#003562008)
nsea@omm.com
MICHAEL KLOTZ (*pro hac vice* application forthcoming)
mklotz@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, New York 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

MATTHEW D. POWERS (*pro hac vice* application forthcoming)
mpowers@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8898
Facsimile: (415) 984-8701

*Attorneys for Defendant Samsung Electronics America, Inc.*

**SO ORDERED on this 19th day of October, 2026**

***/s/ Cari Fais***
**HON. CARI FAIS, U.S.M.J.**